Commonwealth *v.* Tyrrell, Appellant.

Submitted November 15, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*John J. Segala, Jr.*, Assistant Public Defender, for appellant.

*John E. Gallagher*, First Assistant District Attorney, and *Charles H. Spaziani*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 28, 1972:
Order affirmed.
The former Mr. Chief Justice BELL and the former Mr. Justice BARBIERI took no part in the decision of this case.